AFFIDAVIT TO ACCOMPANY PETITION FILED PRO SE. PLEASE TYPE OR PRINT.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

Yolanda Yvette Fitten
NAME OF DEBTOR

CASE NO. 24-52374

1795 Claron Avenue
ADDRESS

TELEPHONE NO. 404-380-6885

Conley, GA. 30288
CITY, STATE, ZIP

### PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER:    YES ☐    NO ☒

If someone did assist you, list their name and address:

_____
NAME

_____
ADDRESS

_____
CITY, STATE, ZIP CODE

_____
TELEPHONE NUMBER

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER:    YES ☐    NO ☒    IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER:    YES ☐    NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:

_____

_____
PRO SE PETITIONER

Subscribed and sworn to before me on the 5th day of March, 2024

_____
NOTARY PUBLIC

_____
DEPUTY CLERK

F61 (psafdt) 04/04